**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       v.                                           Case No. 09-C-1016

**CERTAIN REAL PROPERTY**
**commonly known as**
**21105 116th STREET,**
**BRISTOL, WISCONSIN, and**

**CERTAIN REAL PROPERTY**
**commonly known as**
**A PARCEL OF VACANT LAND**
**IDENTIFIED AS**
**LOT 16, 212TH AVENUE,**
**BRISTOL, WISCONSIN,**

       **Defendants.**

---

### ORDER

---

Upon consideration of the United States of America's motion to drop the defendant 116th Street Property and to amend judgment,

**IT IS ORDERED** that this court's August 17, 2010, default judgment be and hereby is **vacated**.

**IT IS ALSO ORDERED** the certain real property commonly known as 21105 116th Street, Bristol, Wisconsin, be and hereby is **dismissed** as a defendant to this action, without prejudice, and without costs to any party.

The court finds that no timely verified claim has been filed by Kazimierz Panszczyk as to Lot 16, 212th Avenue, Bristol, Wisconsin, and accordingly,

**IT IS ORDERED** that Kazimierz Panszczyk's interest in Lot 16, 212th Avenue, Bristol, Wisconsin, be and hereby is forfeited to the United States of America.

**FINALLY, IT IS ORDERED** that the clerk of court enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 19th day of April, 2012.

BY THE COURT:

s/ Lynn Adelman
LYNN ADELMAN
United States District Judge